# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

**ADAM ACEVEDO-GUEVARR,**
 **aka Adan Acevedo-Guevarra**

)
)
)

CR NO: 2:13-CR-00111 KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum         ☐ Ad Testificandum.
Name of Detainee:     **ADAM ACEVEDO-GUEVARR, aka Adan Acevedo-Guevarra**

Detained at (custodian):     **Chuckawalla Valley State Prison**

Detainee is:   a.)   ☒   charged in this district by:
                  ☒ Indictment        ☐ Information        ☐ Complaint
                  Charging Detainee With:   **Deported Alien Found in the United States**

    or    b.)   ☐   a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ☐   return to the custody of detaining facility upon termination of proceedings
    or    b.)   ☒   be retained in federal custody until final disposition of federal charges, as a sentence is
                  currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

        Signature:____/s/ Nirav Desai_____
        Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
        Attorney of Record for:____United States of America____

## WRIT OF HABEAS CORPUS

        ☒ Ad Prosequendum     ☐ Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to
be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named
custodian.

June 20, 2013_____               *[signature]*
Date                                      United States Magistrate Judge
Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Adan Acevedo, aka Adam Acevedo | Male ☒ | Female ☐ |
| Booking or CDC #: | AN0986 | DOB: | 7/8/83 |
| Facility Address: | 19025 Wiley's Well Road | Race: | |
| | Blythe, CA 92225 | FBI #: | |
| Facility Phone: | 760-922-5300 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____     _____
                                                              (Signature)